```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

              Plaintiff,

-against-

LANDMARK AMERICAN INSURANCE
COMPANY,

              Defendant.

1:22-cv-9838 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The remote Initial Pretrial Conference previously scheduled for February 17, 2023 at 2:00 PM is ADJOURNED to February 17, 2023 at 10:30 am. The conference will be held via Microsoft Teams. The parties should dial (646) 453-4442 and use Conference ID: 960-674-448#

**SO ORDERED.**

Date: January 31, 2023
      New York, NY

                                    **MARY KAY VYSKOCIL**
                                    **United States District Judge**