UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

                    Plaintiff,

        -against-

LANDMARK AMERICAN INSURANCE
COMPANY,

                    Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/2023

1:22-cv-9838 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

This is an insurance coverage case in which Plaintiff Travelers seeks a declaratory judgment that Landmark is obligated to defend and indemnify the defendants in an underlying personal injury action pending in New York Supreme Court, Bronx County. The Court held a status conference with the parties on June 27, 2023.

At the conference, the Court proposed three ways to resolve the parties' dispute regarding the indemnity claims. As discussed at the conference, on or before July 18, 2023, the parties are HEREBY DIRECTED to file a joint status letter of no more than three pages, advising the Court of which approach they have agreed to pursue or, in the event the parties have not reached an agreement, their respective positions.

**SO ORDERED.**

Date:  June 27, 2023
       New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge

1